


40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
**James E. Murphy, Esq.**
jmurphy@vandallp.com

February 13, 2020

**VIA ECF**
Honorable Katherine Polk Failla.
United States District Court, Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *Severe et al. v. Precision Pipeline Solutions, LLC*, Case No. 20-cv-281 (KPF)

Dear Judge Failla:

    This firm represents Named Plaintiffs and the putative class in the above-referenced matter. I write to request an adjournment of the pre-motion conference currently scheduled for February 26, 2020. This is the first request for adjournment of this conference. I request this adjournment as I learned today that my wife will be undergoing a cesarean delivery on Sunday, February 16, 2020; accordingly, I will be unavailable to appear in court prior to the week of March 9, 2020. I would be available any day that week excepting Friday, March 13. Defendants have graciously consented to this request for an adjournment.

                                Respectfully submitted,

                                  _____/s/_____
                                James Emmet Murphy

cc:    Daniel M. Bernstein (via ECF)

```
Application GRANTED.  The premotion conference previously
scheduled for February 26, 2020, is hereby ADJOURNED.  The Court
will hold the premotion conference on March 11, 2020, at 4:00
p.m., the date and time it had scheduled for the initial pretrial
conference.  (See Dkt. #10).  At that conference, the Court will
address both Defendant's anticipated motion to dismiss the
complaint and Plaintiffs' anticipated motion to remand.
```

                                                        SO ORDERED.

```
Dated:  February 14, 2020
        New York, New York
```

                                                   *Katherine Polk Failla*

1    HON. KATHERINE POLK FAILLA
     UNITED STATES DISTRICT JUDGE