UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SEVERE, *individually and on behalf of all other persons similarly situated who were employed by Precision Pipeline Solutions, LLC*, EDUARDO NEGRON, *individually and on behalf of all other persons similarly situated who were employed by Precision Pipeline Solutions, LLC*,<br><br>                                    Plaintiffs,<br><br>                   -v.-<br><br>PRECISION PIPELINE SOLUTIONS, LLC,<br><br>                                    Defendant. | 20 Civ. 281 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

On March 11, 2020, the Court held a pre-motion conference in this matter, which was also the parties initial pretrial conference. (Minute Entry for 3/11/2020). On March 18, 2020, Plaintiffs filed a first amended complaint. (Dkt. #17). In response, Defendant filed a letter motion requesting permission to file a Rule 12(e) motion for a more definite statement of the pleading. (Dkt. #18). The Court denied the motion on April 13, 2020. (Dkt. #21). On May 13, 2020, Defendant filed an answer to the first amended complaint. (Dkt. #22).

Accordingly, the parties are hereby ORDERED to confer and submit a proposed case management plan on or before **June 12, 2020**.

SO ORDERED.

Dated: May 29, 2020
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge